# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 21-230 ODW MRW | Date | April 23, 2021 |
|---|---|---|---|
| Title | TeJay Anthony Steele v. Craig Koenig | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSAL**

Petitioner filed a notice voluntarily dismissing this case without prejudice. (Docket # 6.) This action is dismissed without prejudice.